IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 3:00CR153 |
| | ) | (Financial Litigation Unit) |
| KENNETH LEE KINARD, | ) | |
| Defendant. | ) | |
| and | ) | |
| | ) | |
| PLYLER PAPER STOCK COMPANY, INC., | ) | |
| Garnishee. | ) | |

DISMISSAL OF ORDER OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown,

it is ORDERED that the Order of Garnishment filed in this case against the defendant Kenneth Lee

Kinard is DISMISSED.

**Signed: August 24, 2005**

Graham C. Mullen
Chief United States District Judge